IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Olanda Deway Peach 115175
Full name and prison number
of plaintiff(s)

v.

Donal Campbell, Levean Thomas,
Commissioner    assistant Warden

Warden Grant Culliver, Captain Watson Bishop
COI Deborah Brown, COI officer McCrory
COI officer Ewards
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV1098-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
*Holman Unit*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
*Holman Unit*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
1. *Donal Campbell Board of Correction, 301 Ripley Street South Montgomery AL 36104*
2. *Leveen Thomas Board of Correction 301 Ripley Street South Montgomery AL 36104*
3. *Warden Grantt Culliver Po Box 3700 Atmore AL 36503*
4. *COI Deborah Brown Po Box 3700 Atmore AL 36503*
5. *COI Officer McCrory Po Box 3700 Atmore AL 36503*
6. *COI Officer Ewards Po Box 3700 Atmore AL 36503*

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
*June 18th 2004 Between 5:00 to 5:30 pm*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Lack of security, Base on the fact I was handicuff By COI Deborah Brown threw the chow slot at cell 12-D-13. And escorted to the shower, where the other shower team rover officer, McCrory put me in the shower and took the handicuffs off me, Threw the chow slot. The cubical officer officer Ewards roll my door, By officer Deborah Brown, Notifying him on her radio, Doing shower As she got down Toward 12-D-9 James Broadhead, He decided he*

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

Wouldn shuee Periodically officer Ewards thought he had the handicuffs on, Instead of officer Brown telling him, He aint gone shuee, And to close the dure. She didn't Didn't warn. Mccrory that ~~James~~ James Broadhead cell dure was open. So officer Mccrory ~~put the~~ ~~Ground Two:~~ handicuff on Orlando Dewey Ponch And let him out the cell, As officer Deborah Brown escorted him to his cell.

**SUPPORTING FACTS:** As they entered the front exit toward the pass way of James Broadhead a Alabama prisoner He came out his cell. And repeatly beat MK Ponch with a broomstick, During this altencation officer Brown tuck off running, Left the prisoner handicuff helpless She did hollow, During this time officer Robinson Jump off second Floor.

~~GROUND THREE:~~ tier, Threw the rails to suded James Broadhead During this Time McCrory ron poss my cell 12-D-1 to ASSIST officer Robinson

**SUPPORTING FACTS:** to retrained James Broadhead After the altencation MK Ponch was escorted to Holmon in Fremery and giveing a X-ray. It was discovered He had a Fracture Shoulder by the physician Screen Nurse Johnsen Nurse Smith was on duty in PHS. He was giveing a arm slang and Meds For chronical pain Also Orlando Ponch was seen by a Investigator For prosecution, For assault. This is I&I and Honi Im concern about the Lack of Security on the officials Really all three was in Fault Due to high Technology The cubical supose to have a button, When the dure is still open Mrs Brown was acting in a manner of pour Job ship, Not letting them know Broadhead cell dure was still open³ And takeny off running Because was Frighten She supose to be Trains For a assaultive situation From Selma correctional Training By Donal Campbell Being Commissioner Gronft Cullivan Warden Levean Thomas assistant Warden And Captain Bishop Head pensonnel They hold a responsibility For a complete investigation To see what

should be done In Shy official capacity That First Shift clean up shoulder let F the Brown Shift

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like Ten million dollars from the state. Four million in they official capacity to pay me out they salary 50% until its paid. A decrease in rank or to a trainee all involve or

_Orlando Deway Porch_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   11-11-605  .
(Date)

_Orlando Deway Porch_
Signature of plaintiff(s)

continue what I want

a Ninety day suspension without pay. A Federal court order to a Federal mental Facility to do rest remainder of my time to I parole. Due to psycotic illness, Television put in all prison segregations. Academic building build for all segregation prisons to study for they GED at all prison with a segregation and all Medium custody prison to be allowed to excersise without cuff for a hour and shoot Basket Ball on the court and the state to furnish some weight sets for all segregations. That Rapper Tracy Gerard Allen #129732 Get 30% of all settlement or reward. If we settle this like my other suits try phone conference or a trial or evidentary hearing. Request for polograph test on the Defendants. All medical records

(4)

_Orlando Porch 11/15/05_
Inmates Signature

Honorable Judges or Magistrate's
ASSIGN
United States District Court
in Montgomery AL

RECEIVED
2005 NOV 16 A 9:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To Honorable court, Inmate Orlando Dewayne Porch #111575, Previousely was suffering from chronical pain, To do to the disposure of this altercation in June of 2004. In June he request to his parents. That he needed Funds on his account, For a pair of sneakers They cost $55.00, Reebok's Nike 42.00, He need some type of cream and pain medication, For soreness in his shoulders. He was only wearing State Brogon's, From the population. Since that time. About two weeks later. May a couple days later, The white male physician quite. They got this ranky tank African american, physician, Not worth a pivot. So from this event MR Porch turn Froil, Lost of weight August, and September my client didn't recieve in Funds, When I started to work on this project. And started investigating the matter He was on suicide watch, Under montior And in a stripe padded cell. This when officials panic As we started talking I have been other investigation, Where the officials lie to the parents Brain washing them. Left a message send him $15.00 Under circumstance this prisoner is indigent. Takeing Twenty percent of the greater out his monthly account For six months would be $3.25, greater of Nov Oct $210 August and September 00.00, Six month that $165.00, Monthly balance range in ___ ___ 750, 500 In a Four month period, Every thing I have stated is the hubest God truth So we praying that the court grant the plaintiff indigent.

STATEMENT

Court copies
11-14-005

I rapper Tracy G. Allen is a jail House attorney for Inmate Orlando Dewayne Porch. I have his consent Ontill the Court appoint him a attorney I'll work with the attorney, And eye witness to what I saw for as the lawsuit, And a violation of his constitutional rights All response to be sent to Tracy Gerard Allen Holman Unit PO Box 3700 Atmore Al 36503 And the return of the case number on docket.

Your Honor, This is a native from Birmingham Al His indigent. It appear his father sent him a hundred dollars in six months. He have $18.94 left. Just observing the beating he took from that convict. His truly miserable. Mr Porch have lost a excess amount of weight Real skinny. He freakly have to be put on suicide watch, Cause of thought to commit suicide At times he have a paranoidia of the Officials like keep your mouth shut About the beating. Its so embarrassing upon him To be beat like a dog. Handcuff behind his back In front of 72 to prisoners on 12-D, 12-U, 14-D, 14-U Everything I have stated is the honest God truth, Before a notary Public

This is plaintiff first lawsuit ever filing in the federal court system

Sincerely
Tracy Allen

_Clara Williams_ 11/9/05
Notary Public

My Commission Expires July 17, 2008