<u>FOR USE BY INCARCERATED PERSONS</u>

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05CV1098-T

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: __Orlanda Porch__

   Present mailing address: __Holman Correctional Facility__
   __Po Box 3700 Atmore AL 36503__

2. Are you presently employed?                                   Yes ___   No _✓_

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   __Never had a Job.__

   _____

   Date last worked: _____

   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ___   No _✓_

   (b) Interest, dividends, rents, or investment income of any kind?   Yes ___   No _✓_

1

(c)   Pensions, annuities, or life insurance payments?           Yes ____   No __✓__

(d)   Gifts or inheritances?                                     Yes ____   No __✓__

(e)   Any other sources?                                         Yes ____   No __✓__

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

4.   How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ __0__

5.   Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?           Yes ____   No __✓__

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

6.   List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: __11-8-005__                        _Orlando Porcff_
                                           SIGNATURE OF PLAINTIFF

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __ORLANDO D. PORCH__ has been incarcerated in this institution since __4/25__, 2003, and that he has the sum of $__18.94__ in his prison or jail trust account on this the __11__ day of __November__, 2005. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | MAY 05 | $ 0.00 | $ 0.09 |
| Month 2 | JUN 05 | $ 40.00 | $ 2.56 |
| Month 3 | JUL 05 | $ 100.00 | $ 9.71 |
| Month 4 | AUG 05 | $ 0.00 | $ 0.03 |
| Month 5 | SEP 05 | $ 0.00 | $ 0.03 |
| Month 6 | OCT 05 | $ 10.00 | $ 3.22 |
| Current month (if less than full month) | NOV 2005 | $ 15.00 | $ 9.94 |

_____
Signature of Authorized Officer of Institution

__HOLMAN C.F.__
Name of Institution

4