In The United States District Court

Orlando D. Punch #111575,
Plaintiff           In Montgomery AL.

Commissioner Donal Campbell                    05-CV-1098-T
Warden Levean Thomas Et L                       (MMT)
Defendants

2005 DEC -5 A 10:24
DEBRA P. HACKETT
U.S. DISTRICT CT
MIDDLE DISTRICT

Objections

Concerning negitavy jurisdiction Transfer of 1983 Form And complaint.

The fact MR Orlando Dewayne Punch #111575 has two defendents involve in this complaint that resolve in the Middle district area Warden Levean Thomas Hs located at the Staten correctional Facility in Elmore County Commissioner Donal Campbell the subject And Foundation of any incident that ocurred in the Department of correction, In this complaint brought before the court (Lack of security) The definition decribes itself, In any open court. Therefore there only Three witness Myself Tobin Curtis Who's at Donaldson prison in Bessmen AL. Officer D Robinson And Orlando Punch Written statement From I&I investigators In my professional opinion I Fill my client would get better justice in the Middle district By him being a Birmingham Native Mrs Deborah Brown From Mobile And the subject that cause bodly harm From Mobile AL. In my previous settlement the defendents Warden Charlie Jones And Warden willie Johnson was located Mac And Ernest Harrelson located in Montgomery My 1983 Form was granted

Sincerely,
Mary Allen

Clara Willing
Notary Public
My Commission Expires July 17, 200_

CONTINUE, From page one-

by the Honorable Charles Coody in this court. I was giving a deposition here at the Holman prison, One of the Factor issues Orlando Porch and me also is on a recommendation Transfer to be sent to the Northern prison All delay 90 days to six month Your stay is at the Kilby correctional Facility in Montgomery Al. To Honorable Vanzetta Penn McPherson, I'm well Familiar with one defendant In this case, to two defendants. You only made a emotional outburst about one Donal Campbell Not Levan Thomas IF you Familiar with Donald son prison, Or have relatives there, Or you driven Him. For a evidentary hearing. It's a lot closer that Holman prison, Surely Kilby is I can easily let this proceed threw objection on Donal Campbell Commissioner Warden Levan Thomas, Deborah Brown officer McCrary Since security permits itself Deputy warden is supervisor over security Who be officially beep on his cellman Unless Life on Death Then the Warden And all high officials One can say in this Factor You got a Two on two also closer in district For Five people And the Magistrate her self driven condition So as the burden shift. Due to proper cause For a justice and discrimination I pray the Honorable Vanzetta Penn McPherson grant there objection on these issues, And matter, Not because you personally a member of my Hey organization From Montgomery, Looking into the Factor This would jeopardize us cruel and usisual punishment. Every thing is True and correct so help me God