IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ORLANDO DeWAYNE PORCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| DONAL CAMPBELL, et al., ) | 2:05cv1098-T |
| ) | (WO) |
| Defendants. ) | |
| ) | |

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 4) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 3) is adopted.

(3) This lawsuit is transferred to the United States District Court for the Southern District of Alabama.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 27th day of December, 2005.**

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**